```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x
                                   :
BASDEO LALCHAN, et al,             :
                                   :   NOT FOR PUBLICATION
          Plaintiffs,              :
                                   :   ORDER
    -against-                      :
                                   :   04-CV-1413(CBA)(RML)
ZEP MANUFACTURING,                 :
                                   :
          Defendant.               :
-----------------------------------x
AMON, UNITED STATES DISTRICT JUDGE:
```

The Court has received the Report and Recommendation ("R&R") of the Honorable Robert M. Levy, United States Magistrate Judge, issued June 14, 2005. The Magistrate Judge recommended that the case be dismissed for lack of prosecution by Celine Lalchan, the sole remaining plaintiff in this action. The parties were given ten (10) business days in which to file any objections to the R&R. To date, no objections have been filed. Accordingly, this Court hereby adopts the R&R as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order and to close the case.

SO ORDERED.

Dated:   Brooklyn, New York
         July 7, 2005

                                        Carol Bagley Amon
                                        United States District Judge