UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BASDEO LALCHAN, et al.,

                Plaintiffs,

-against-

ZEP MANUFACTURING,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV-1413 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 0 2005 ★
TIME A.M. P.M. _____

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on July 7, 2005, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated June 14, 2005, dismissing the case for lack of prosecution by Celine Lalchan, the sole remaining plaintiff in this action; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted; and that judgment is hereby entered dismissing the case for lack of prosecution by Celine Lalchan, the sole remaining plaintiff in this action.

Dated: Brooklyn, New York
       July 07, 2005

                                                  /s/
                                ROBERT C. HEINEMANN
                                Clerk of Court